**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

JOSHLYN THOMAS,

    Plaintiff,    CIVIL ACTION FILE

vs.          NO. 1:18-cv-02976-CAP

TRINITY INDUSTRIES, INC.,
a Delaware Corporation, and
TRINITY HIGHWAY PRODUCTS,
LLC, a Limited Liability Company,

    Defendants.

## J U D G M E N T

This action having come before the court, Honorable Charles A. Pannell, Jr., Senior United States District Judge, for consideration of defendants' motion for summary judgment, and the court having granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendants recover their costs of this action, and the action be, and the same hereby, is **dismissed**.

Dated at Atlanta, Georgia, this 20th day of August, 2020.

            JAMES N. HATTEN
            CLERK OF COURT

          By: s/ Traci Clements-Campbell
            Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
 August 20, 2020
James N. Hatten
Clerk of Court

By: s/Traci Clements-Campbell
   Deputy Clerk